UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1190
(2023-0035)
(2022-AIR-00003)
(4-3750-19-067)
_____

EXCLUSIVE JETS, LLC, d/b/a Fly Exclusive

        Petitioner

v.

UNITED STATES DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD

        Respondent

and

MICHAEL J. JONES

        Intervenor

_____

O R D E R
_____

Upon consideration of the submissions relative to the joint motion for stay pending appeal, the court grants the motion and directs petitioner to file a supersedeas bond with this court no later than October 17, 2025, in the form of an

affidavit entered by the surety bond insurance company retained by petitioner, thereby affirming petitioner's acceptance of joint and several liability, as surety, in the amount of $400,000.

The motion to extend filing time for response is denied as moot.

Entered at the direction of Judge Agee, with the concurrence of Judge Wilkinson and Judge Wynn.

                                   For the Court

                                   /s/ Nwamaka Anowi, Clerk