FILED: November 4, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1190
(2023-0035)
(2022-AIR-00003)
(4-3750-19-067)
_____

EXCLUSIVE JETS, LLC, d/b/a Fly Exclusive

 Petitioner

v.

UNITED STATES DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD

 Respondent

and

MICHAEL J. JONES

 Intervenor

_____

O R D E R
_____

Upon consideration of submissions relative to intervenor's motion to require modification of the supersedeas bond filed by petitioner, the Court grants the motion as follows. Petitioner shall have the language of the bond amended to

remove any doubt that petitioner and the surety are jointly and severally liable and that the surety's undertaking is not conditioned on petitioner's payment. Petitioner shall file the new bond, consistent with this Court's order, within 14 days. The bond currently filed on this Court's docket is void.

                                   For the Court

                                   /s/ Nwamaka Anowi, Clerk